SARAH J. SINGER, Respondent, v. THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK et al., Appellants.

*Singer* v. *Mayor, etc., of New York*, 47 App. Div. 42, affirmed.
(Argued January 16, 1901; decided February 1, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made January 19, 1900, granting plaintiff's motion for a new trial on exceptions ordered to be heard in the first instance by the Appellate Division, after a verdict in favor of defendants, directed by the court at a Trial Term.

*John Whalen, Corporation Counsel (Theodore Connoly and George Landon* of counsel), for appellants.

*Samuel H. Ordway* and *M. E. Kelley* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: BARTLETT, HAIGHT, MARTIN, VANN, LANDON and CULLEN, JJ. Taking no part: PARKER, Ch. J.